887 A.2d 1212

**John MIKELS, Petitioner**

v.

**WORKERS' COMPENSATION APPEAL BOARD (SCRANTON LACKAWANNA HUMAN DEVELOPMENT AGENCY, INC.), Respondent.**

Supreme Court of Pennsylvania.

Nov. 14, 2005.

## ORDER

PER CURIAM.

**AND NOW,** this 14th day of November 2005, the Petition for Allowance of Appeal is granted and the Order of the Commonwealth Court is reversed based on this Court's decision in *Jeanes Hospital v. W.C.A.B. (Haas)*, No. 231 MAP 2003, 582 Pa. 405, 872 A.2d 159 (2005). This matter is remanded to the WCJ for consideration of Claimant's Review Petition.